LENARD J. HAMILTON, Appellant, v. ROYAL INDEMNITY COMPANY, Respondent.

Supreme Court, Appellate Term, First Department, April 9, 1925.

*Pleadings — counterclaim — unsatisfied judgment in favor of defendant's principal against plaintiff's assignor not assigned to defendant — defendant may not plead said judgment as set-off.*

The defendant may not avail itself of an unsatisfied judgment in favor of its principal against plaintiff's assignor and plead it as a set-off, though said judgment was recovered prior to the entry of the judgment assigned to plaintiff, where it was not assigned to defendant.

APPEAL by plaintiff from a judgment of the Municipal Court of the City of New York, Borough of Manhattan, First District, in favor of defendant.

*Milton C. Weisman*, for the appellant.

*David Haar*, for the respondent.

PER CURIAM:

The defendant herein cannot avail itself of the unsatisfied judgment in favor of its principal against the plaintiff's assignor. If this judgment had been assigned to the defendant, a different question would have arisen. The mere fact that it was recovered prior to the entry of the judgment assigned to plaintiff and is unsatisfied is not sufficient to entitle the defendant to plead it as a set-off.

Judgment reversed, with thirty dollars costs, and judgment directed in favor of the plaintiff in the sum of $123.97, with interest and costs of the action.

All concur; present, BIJUR, MITCHELL and PROSKAUER, JJ.